UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



---------------------------------------------------------------x

CARESTREAM HEALTH, INC.,

        Plaintiff,

-against-

VATECH CO., LTD., E-WOO TECHNOLOGY
CO., LTD, and E-WOO TECHNOLOGY
U.S.A., INC.

---------------------------------------------------------------x

Civil Action No. 09-cv-6192-MAT

**ORDER**



This matter, having been brought before the Court by Sonnenschein Nath & Rosenthal LLP, counsel for defendants in the above-captioned matter; and it appearing that attorney Michael S. Gugig is a member in good standing of the Bars of the United States District Courts for the Southern and Eastern Districts of New York; and it further appearing that Mr. Gugig is in the process of becoming a member of the Bar of this Court; and for good cause shown,

IT IS HEREBY ORDERED that attorney Michael S. Gugig may sign and file pleadings on behalf of the defendants, including defendants' Answer to the Complaint, prior to his formal admission to the Bar of this Court; and

IT IS FURTHER ORDERED that all papers filed in this action be served on Mr. Gugig via e-mail at "mgugig@sonnenschein.com" until such time as Mr. Gugig obtains an ECF password, at which time Mr. Gugig shall inform all counsel of record that he has obtained such a password and that service upon Mr. Gugig via the Court's ECF system is available.

Dated: Rochester, New York
       June 15, 2009

                                                _Charles Siragusa_
                                           Hon. Charles J. Siragusa, U.S.D.J.